**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DANIEL ANCHERANI and** | : | No. 3:15cv80 |
| **CHRISTINE ANCHERANI,** | : | |
| Plaintiffs | : | (Judge Munley) |
| | : | |
| v. | : | |
| | : | |
| **GEICO CASUALTY COMPANY,** | : | |
| Defendant | : | |

## **ORDER**

**AND NOW**, to wit, this 22nd day of January 2016, plaintiffs' motion in limine to preclude photographs of plaintiffs' vehicle (Doc. 20) is **DENIED**.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**
